IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ALGER WARREN,                                    *

        Plaintiff,                              *

v.                                                        Case No. 4:25-cv-181-CDL

                               *

EQUIFAX INFORMATION SERVICES LLC,

                               *

        Defendant.

_____    *

## J U D G M E N T

Pursuant to this Court's Order dated June 4, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 5th day of June, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk